Eastern District of Kentucky
FILED

DEC 4 - 2006

AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON
CIVIL CASE NO: 05-42-DLB

GLENN STEINKAMP, et al.,            PLAINTIFFS

V.

PENDLETON COUNTY, KENTUCKY, et al.,            DEFENDANTS.

### MEMORANDUM ORDER

The discovery deadline expired on November 10, 2006. Plaintiffs' status report of November 28, 2006 states that all discovery has been completed with the exception of the deposition of defendant Chief Kenneth Hale, whose deposition was continued in progress, and the deposition of defendant Detective Samples. Due to scheduling conflicts and Mr. Samples' travel schedule, the parties have agreed to extend discovery a third time to complete the deposition of defendant Samples in 2007.[1]

Three sets of defendants (Melissa Steinkamp, the Butler defendants, and the Pendleton County defendants) filed separate status reports on November 30, 2006. All agree that discovery should be extended, but urge the need for "finality" to the discovery process. The Pendleton County defendants suggest that mediation may be "helpful," a suggestion with which the Butler defendants and Ms. Steinkamp disagree.

As the present pretrial schedule reflects a dispositive motion deadline of December 15, 2006, **IT IS ORDERED:**

---

[1] Although plaintiffs' report represents that an Agreed Order will be filed to accomplish the extension, none has been filed to date.

1

1. The dispositive motion deadline of December 15, 2006 is **vacated** pending a status conference on this matter to set final pretrial deadlines;

2. A telephonic status conference shall be held on **Friday, December 15, 2006 at 1:30 p.m.**

This 4th day of December, 2006.

Signed By:
*J. Gregory Wehrman*
**United States Magistrate Judge**